

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00447-CV

JOE REECE AND/OR ALL OTHER
OCCUPANTS

APPELLANTS

V.

U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
SUCCESSOR IN INTEREST TO
BANK OF AMERICA, NATIONAL
ASSOCIATION AS TRUSTEE, AS
SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET INVESTMENT
LOAN TRUST MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2002-2, ITS SUCCESSORS AND
ASSIGNS

APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

---

[1]*See* Tex. R. App. P. 47.4.

Pro se appellant Joe Reece attempts to appeal the trial court's order granting appellee's motion to strike his "Verified Motion For Bill of Review and Emergency Temporary Restraining Order and/or Preliminary Injunction." Appellee filed a motion to dismiss the appeal for want of jurisdiction, pointing out that mandate has already issued in this case. *See Reece v. U.S. Bank Nat'l Ass'n*, No. 02-12-00427-CV, 2013 WL 2338730, at *1 (Tex. App.—Fort Worth May 30, 2013, pet. dism'd w.o.j.) (mem. op.). In his response, appellant concedes that he previously appealed in this court "and [l]ost and; that Appellant appealed to the Texas Supreme Court and lost there, as well." A bill of review may not be used as an additional remedy after one has made a timely, but unsuccessful, appeal. *Rizk v. Mayad*, 603 S.W.2d 773, 776 (Tex. 1980). Therefore, we grant appellee's motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: February 6, 2014

2